```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
_____
                              :
JEREMY HARE,                  :
                              :    Civ. No. 20-14093 (RMB)
            Petitioner        :
                              :
       v.                     :
                              :
WARDEN ORTIZ,                 :
                              :
            Respondent        :
_____:
```

This matter comes before the Court upon Petitioner's letter request for injunctive relief under Federal Rule of Civil Procedure 65, in this habeas proceeding under 28 U.S.C. § 2241. (Letter, Dkt. No. 24.) The Court construes this letter as a request for an expedited decision on his habeas petition. Petitioner contends that Respondent has not completely and accurately responded to the Court's Order dated February 4, 2021, for Respondent to provide additional information. Respondent may file a reply to the allegations and arguments in Petitioner's letter within 14 days of the date of this Order. If, after the time expires for Respondent to submit a reply to Plaintiff's letter, the Court is unable to rule on the habeas petition without holding an evidentiary hearing, a hearing will be scheduled.

**IT IS** therefore on this **10th day of March 2021**,

**ORDERED** that Respondent may file a reply to Petitioner's letter (Dkt. No. 24) within fourteen days of the date of this Order; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Petitioner by regular U.S. mail.

<u>s/Renée Marie Bumb</u>
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**